IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|                  |   |                                                    |
|------------------|---|----------------------------------------------------|
|                  | ) |                                                    |
|     Plaintiff,   | ) | CASE NO. CV 08 4037                                |
|                  | ) |                                                    |
| v.               | ) | PRISONER'S                                         |
|                  | ) | IN FORMA PAUPERIS                                  |
|                  | ) | APPLICATION                                        |
|                  | ) |                                                    |
|     Defendant.   | ) |                                                    |

WHA (PR)
E-filing

I, _Christopher R. Donnerson_, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?    Yes _____   No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

rev. 11/97                          2

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment    Yes _____ No ✓
    b.  Income from stocks, bonds, or royalties?    Yes _____ No ✓
    c.  Rent payments?    Yes _____ No ✓
    d.  Pensions, annuities, or life insurance payments?    Yes _____ No ✓
    e.  Federal or State welfare payments, Social Security or other government source?    Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?   Yes _____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ N/A _____

_____

5.  Do you own or are you buying a home?   Yes _____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes _____ No ✓

Make _____  Year _____  Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

rev. 11/97        3

COPIED AT STATE EXPENSE
COPIER #00426

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No _____

Name(s) and address(es) of bank: <u>I HAVE A PRISON TRUST ACCOUNT AT S.V.S.P.</u>

Present balance(s):  $ <u>0.00</u>

Do you own any cash?  Yes _____   No _____   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____   No _____

_____

8. What are your monthly expenses?

Rent:  $ <u>0.00</u>       Utilities: <u>0.00</u>

Food:  $ <u>0.00</u>       Clothing: <u>0.00</u>

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

<u>RESTITUTION TO THE STATE OF CALIFORNIA, $10,000.00</u>

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

<u>7-28-08</u>                        <u>Christopher Donnerson</u>
DATE                              SIGNATURE OF APPLICANT

COPIED AT STATE EXPENSE
COPIER #00426

rev. 11/97                           4

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __E46616 Donnerson, Christopher__ the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT          [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __3.75__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __3.00__.

Dated: __7/30/08__          __L. Macias__
                            [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                               REPORT DATE: 07/30/08
                                                                      PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : E46616                    BED/CELL NUMBER: FDB4T2000000215L
ACCOUNT NAME   : DONNERSON, CHRISTOPHER ROBE   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION     COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS   BALANCE
----     ----  -----------     -------     ---------    --------    -----------   -------
01/01/2008     BEGINNING BALANCE                                                     0.00

03/14 *DD30    CASH DEPOSIT                2397 7444      22.50                     22.50
04/04  W212    FEDERAL FILIN               2568 NTH                     4.50        18.00
04/07  FC04    DRAW-FAC 4                  2575 D4                     18.00         0.00

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/07/86                     CASE NUMBER: A570071
COUNTY CODE:    LA                          FINE AMOUNT: $  10,000.00

DATE      TRANS.  DESCRIPTION                        TRANS. AMT.       BALANCE
----      ------  -----------                        -----------       -------
01/01/2008        BEGINNING BALANCE                                    9,469.90
03/14/08  DR30    REST DED-CASH DEPOSIT                  25.00-        9,444.90

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                          TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL       CURRENT      HOLDS       TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS BALANCE      BALANCE     TO BE POSTED
---------       --------     ----------- -------      -------     ------------
    0.00          22.50        22.50        0.00        0.00          0.00

                                                            CURRENT
                                                            AVAILABLE
                                                            BALANCE
                                                            ---------
                                                               0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE 7/30/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ SVSP
      TRUST OFFICE