1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHRISTOPHER ROBERT                        No. C 08-4037 WHA (PR)
     DONNERSON,

11                                             **GRANT OF IN FORMA PAUPERIS
                      Plaintiff,               STATUS**

12      v.

13   Warden JOE MC GRATH; Lieutenant
     R. S. MARQUEZ; Property Officer R.

14   SHELLABARGER; Property Officer
     REAMS,

15
                      Defendants.

16                                          /

17

18        Plaintiff's application for permission to proceed in forma pauperis (document number 2

19   on the docket) is **GRANTED**.  The total filing fee that ultimately will be due is $ 350.00.  In view

20   of plaintiff's average account balance and average income over the last six months, no initial

21   partial filing fee is due.  Funds for the filing fee will be taken from income to plaintiff's account

22   in accordance with 28 U.S.C. § 1915(B)(1).  A copy of this order and the attached instructions

23   will be sent to the plaintiff, the prison's trust account office, and the court's financial office.

24        **IT IS SO ORDERED.**

25   Dated: September ___2___, 2008.        _____
                                            WILLIAM ALSUP

26                                          UNITED STATES DISTRICT JUDGE

27

28   G:\PRO-SE\WHA\CR.08\DONNERSON4037.IFP.wpd

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee.  Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee.  This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00).  The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case.  The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.**  The initial partial filing fee is due within thirty days of the date of the attached order.  Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRISTOPHER R DONNERSON,

              Plaintiff,

   v.

JOE MCGRATH et al,

              Defendant.

Case Number: CV08-04037 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christopher R. Donnerson
E-46616/ D4-215
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Prison's Trust Account Office
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Court's Financial Office

Dated: September 2, 2008

              Richard W. Wieking, Clerk
              By: D. Toland, Deputy Clerk