IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT DONNERSON,<br><br>　　　　Plaintiff,<br>　v.<br>Warden JOE MC GRATH; Lieutenant R. S. MARQUEZ; Property Officer R. SHELLABARGER; Property Officer REAMS,<br>　　　　Defendants.　　　　　　／ | No. C 08-4037 WHA (PR)<br><br>**JUDGMENT** |

　　　The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal with prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

　　　**IT IS SO ORDERED.**

Dated: September   2  , 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\DONNERSON4037.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R DONNERSON,<br><br>            Plaintiff,<br><br>   v.<br><br>JOE MCGRATH et al,<br><br>            Defendant.<br>_____/ | Case Number: CV08-04037 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christopher R. Donnerson
E-46616/ D4-215
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: September 2, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk